1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                   **EASTERN DISTRICT OF CALIFORNIA**

10

11   RAMANJIT SINGH HUNDAL,              )   Case No.: 1:19-cv-00338-DAD-JLT (HC)
                                         )
12                 Petitioner,           )   ORDER DIRECTING RESPONDENT TO FILE A
                                         )   RESPONSE
13          v.                           )
                                         )   [60-DAY DEADLINE]
14   RALPH DIAZ,                         )
                                         )
15                 Respondent.           )
                                         )
16   _____)

17          On September 6, 2019, the Court granted in part Petitioner's motion to amend as to proceeding

18   on the two exhausted claims (claims one and two) of the federal habeas petition.  (Doc. 20.)

19          Accordingly, Respondent is directed to file a response to claims one and two **within 60 days** of

20   the date of service of this order.  Petitioner may file a traverse **within 30 days** of the date

21   Respondent's answer is filed with the Court.  If no traverse if filed, the petition and answer are deemed

22   submitted at the expiration of the 30 days.

23          All motions shall be submitted on the record and briefs filed without oral argument unless

24   otherwise ordered by the Court.  Local Rule 230(l).  Extensions of time will only be granted upon a

25   showing of good cause.  All provisions of Local Rule 110 are applicable to this order.

26

27   IT IS SO ORDERED.

28      Dated:   __**September 17, 2019**__          _____**/s/ Jennifer L. Thurston**_____
                                                     UNITED STATES MAGISTRATE JUDGE